## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| JOHN S RAVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. CV420-267 |
| ) | |
| WARDEN BROOKS BENTON; GA DEPT. ) | |
| OF CORR.; WARDEN BEN FORD; MS. ) | |
| THORNTON, Deputy Warden; DEP ) | |
| WARDEN BETTERSON; DEPUTY WARDEN ) | |
| ANDERSON; DEPUTY WARDEN GLEN; ) | |
| MS. WORTHEN, A.D.A Coordinator; ) | |
| MR. BROWN, Correctional Officer ) | |
| at Coastal State Prison; MS. ) | |
| MCKINNEY, CO; MS. BEAND; MR. ) | |
| HILTON; KAREEM; SGT. BRAY; ) | |
| CAPT. JUDKINS; MS. KAPLAN, ) | |
| Capt.; KAREN FINCH; COUNSELOR ) | |
| TOWNSEND; COUNSELOR WILLIAMS; ) | |
| MS. BROWN, Unit Mgr.; MR. ) | |
| JACKSON, Unit Mgr.; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## O R D E R

Before the Court is the Magistrate Judge's November 02, 2020, Report and Recommendation (Doc. 7), to which Plaintiff has responded (Doc. 10). Plaintiff's response, although captioned as an "Objection to R&R Doc #7," fails to address any of the procedural defects the Magistrate Judge identified with Plaintiff's request for immediate injunctive relief. Instead, Plaintiff merely restates the factual allegations set forth in his complaint. (Doc. 10 at 1-3.) After a careful de novo review of the

record, therefore, the report and recommendation (Doc. 7) is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Motion for Immediate Injunction (Doc. 6) is **DENIED**.

SO ORDERED, this 2ND day of September 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA