**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JOHN S RAVAN, )
)
    Plaintiff, )
)
v. )          CASE NO. CV420-267
)
WARDEN BROOKS BENTON; GA DEPT )
OF CORR.; WARDEN BEN FORD; MS. )
THORNTON, Deputy Warden; DEP )
WARDEN BETTERSON; DEPUTY WARDEN )
ANDERSON; DEPUTY WARDEN GLEN; )
MS. WORTHEN, A.D.A. )
Coordinator; MR. BROWN, )
Correctional Officer at Coastal )
State Prison; MS. MCKINNEY, CO; )
MS. BEAND; MR. HILTON; KAREEM; )
SGT. BRAY; CAPT JUDKINS; MS. )
KAPLAN, Capt; KAREN FINCH; )
COUNSELOR TOWNSEND; COUNSELOR )
WILLIAMS; MS. BROWN, Unit Mgr.; )
MR. JACKSON, Unit Mgr., )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's September 2, 2021, Report and Recommendation (Doc. 38), to which Plaintiff has not filed objections. After careful consideration of the record in this case,[1] the Report and Recommendation (Doc. 38) is **ADOPTED** as the Court's

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects; and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

opinion in this case. Therefore, Plaintiff's Motion for Temporary Restraining Order (Doc. 9), Motions for Preliminary Injunction and Temporary Restraining Order (Docs. 13, 32), and his request for immediate redress, which the Court construes as a motion for preliminary injunctive relief (Doc. 16), are **DENIED**. Plaintiff must file his Amended Complaint by October 4, 2021,[2] as directed by the Magistrate Judge. (Doc. 38 at 5.)

SO ORDERED this _20ᵗʰ_ day of September 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] See Fed. R. Civ. P. 6(a)(1)(C) (where the last day of a period of time falls on a Saturday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday).