IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN S. RAVAN,

    Plaintiff,

v.                                              CV 420-267

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

## ORDER

Plaintiff, who was formerly housed at Coastal State Prison, filed a *pro se* and *in forma pauperis* ("IFP") cause of action pursuant to 42 U.S.C. § 1983 regarding his imprisonment. He also attempted to amend his Complaint in a piecemeal fashion to include a litany of motions, requests, and other items related to his claims. (See Doc. No. 1, Complaint; Doc. No. 5 (granting IFP status); see also Doc. Nos. 6, 16, 17, 18, 20, 24-32, 34, 35, 42, 43, 44, 46-57.) By Order dated June 15, 2022, the Court directed Plaintiff to file a Third Amended Complaint within fourteen days or risk dismissal of the case. (See Doc. No. 60, at 32.) Plaintiff has not filed his Third Amended Complaint.

This Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with

reasonable promptness." S.D. Ga. L.R. 41.1(b), (c); see also Fed. R. Civ. P. 41(b) (allowing involuntary dismissal of a complaint either for failure to prosecute or for failure to comply with an order of the court). Finally, a district court retains the inherent power to police its docket and to enforce its orders. Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Brown v. Tallahassee Police Dep't, 2006 WL 3307444, at *1 (11th Cir. 2006).

Based upon Plaintiff's disregard of a court order and with the inherent authority to do so, dismissal of the case is appropriate. Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE